

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: YVONNE ROSALES, | § | No. 08-22-00199-CR |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |

# **O R D E R**

On November 18, 2022, Relator filed a first amended emergency motion for a stay of trial court proceedings pursuant to Tex.R.App.P. 52.10. Having considered the motion, the Court DENIES Relator's first amended emergency motion for stay.

IT IS SO ORDERED this 22nd day of November, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.